**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **LEONARD E. HANKINS,** | )<br>) |
| Plaintiff, | ) Case No. CV 09-1847 AJW<br>) |
| v. | ) **J U D G M E N T**<br>) |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of the Social**<br>**Security Administration,** | )<br>)<br>) |
| Defendant. | )<br>) |

**IT IS ADJUDGED** that the Commissioner's decision is **reversed**, and this case is **remanded** to the Commissioner for further administrative proceedings consistent with the memorandum of decision filed concurrently herewith.

April 19, 2010

_____
ANDREW J. WISTRICH
United States Magistrate Judge