Marc V. Kalagian
Attorney at Law: 149034
Law Offices of
Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: Marc_RK.office@speakeasy.net

Attorneys for Plaintiff
Leonard Hankins

# UNITED STATES DISTRICT COURT

## Central District of California

### Western Division

| | |
|---|---|
| LEONARD HANKINS, | Case No.: CV 09-1847 AJW |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Marc V. Kalagian as Plaintiff's assignee and subject to the reservation of rights, the amount of $2,600.00, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

January 26, 2011

_____
ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE

-1-